IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-321-MR-DCK

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Not-For-Profit Corporation, and OWEN HARTY, Individually, **Plaintiffs** v. LQ CHARLOTTE, LLC, a Delaware Limited Liability Company, **Defendant.** | **ORDER** |

      **THIS CAUSE** coming on to be heard and being heard on Application For Admission To Practice *Pro Hac Vice* (Document No. 5) filed July 24, 2008, and it appearing that good grounds exist for the Motion to be <u>granted</u>,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Lawrence A. Fuller of the firm Fuller, Fuller & Associates, P.A. be and hereby is admitted to this Court pro hac vice.

Signed: July 25, 2008

David C. Keesler
United States Magistrate Judge