IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-321-MR-DCK

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Not-For-Profit Corporation, and OWEN HARTY, Individually, ) ) ) ) Plaintiffs ) ) v. ) ) LQ CHARLOTTE, LLC, ) a Delaware Limited Liability Company, ) ) Defendant. ) ) | **ORDER** |

**THIS CAUSE** coming on to be heard and being heard on Application For Admission To Practice *Pro Hac Vice* (Document No. 9) filed August 5, 2008, and it appearing that good grounds exist for the Motion to be granted,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Johanna Fister Norvell of the firm Locke Lord Bissell & Liddell LLP be and hereby is admitted to this Court *pro hac vice*.

Signed: August 6, 2008

David C. Keesler
United States Magistrate Judge